THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-39-BR-1

UNITED STATES OF AMERICA, )
)
)
v. ) **ORDER**
)
JOSE CAMILLO JOGA, )
)
)
_____ )

This Cause comes before the Court upon Defendant's motion to amend conditions of release. (DE-18). That motion is DENIED.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Monday, July 11, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE